## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Raymond P. Moore

Criminal Case No. 14-cr-00049-RM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. ESTEBAN ROMERO-HERNANDEZ,

      Defendant.

___

### ORDER SETTING TRIAL DATES AND DEADLINES
___

This matter has been scheduled for a **three-day** jury trial on the docket of Judge Raymond P. Moore in the U.S. District Courthouse, Courtroom A601, 6th Floor, 901 19th Street, Denver, Colorado to commence on **April 21, 2014 at 9:00 a.m.**  It is

ORDERED THAT all pretrial motions shall be filed by **March 4, 2014** and responses to these motions shall be filed by **March 11, 2014**.  It is further

ORDERED that a Trial Preparation Conference is set for **April 14, 2014 at 1:00 p.m.** in Courtroom A601.  Lead counsel who will try the case shall attend in person.

The parties shall be prepared to address the following issues at the Trial Preparation Conference:

    1)    jury selection;

    2)    sequestration of witnesses;

    3)    timing of presentation of witnesses and evidence;

4)	anticipated evidentiary issues;

5)	any stipulations as to fact or law; and

6)	any other issue affecting the duration or course of the trial.

DATED this 19th day of February, 2014.

                                        BY THE COURT:

                                        RAYMOND P. MOORE
                                        United States District Judge