# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# JUDGE RAYMOND P. MOORE

| | |
|---|---|
| Courtroom Deputy: Emily Seamon | Date: June 25, 2014 |
| Court Reporter: Tammy Hoffschildt | Interpreter: Catherine Bahr |
| Probation Officer: Katrina Devine | |

**CASE NO.** 14-cr-00049-RM

| Parties | Counsel |
|---|---|
| UNITED STATES OF AMERICA, | Kirsten Sinclair |
| Plaintiff, | |
| v. | |
| 1. ESTEBAN ROMERO-HERNANDEZ, | Brian Leedy |
| Defendant. | |

## COURTROOM MINUTES

**SENTENCING HEARING**
**COURT IN SESSION:**   **9:04 a.m.**
Appearances of counsel.  Defendant is present and in custody.

Interpreter sworn.

Defendant entered his plea on April 4, 2014 to Count 1 of the Indictment. The Court formally accepts the Plea Agreement at this hearing.

The Court asks Ms. Devine to correct one item in the presentence report found at paragraph number 28, regarding a warrant obtained on December 8, 2008.  With that adjustment, the Court adopts the rest of the presentence report as its findings of fact concerning sentencing.

| | |
|---|---|
| 9:11 a.m. | Argument by Mr. Leedy regarding Defendant's Motion for a Non-Guideline Sentence of 7 Months Imprisonment [Doc. No. 22].  Mr. Leedy also makes a statement on behalf of the defendant, offers information in mitigation of punishment, and comments on matters relating to the appropriate sentence. |

9:35 a.m.  Argument by Ms. Sinclair regarding Defendant's Motion for a Non-Guideline Sentence.  Ms. Sinclair also addresses the Court regarding sentencing.

Statements by the Court regarding the application for a warrant for Defendant given to counsel by the Court to discuss.

Statement by the Court regarding defendant's offense level, criminal history level, and sentencing guidelines range.

Court states its findings and conclusions.

**ORDERED:** Defendant's Motion for a Non-Guideline Sentence of 7 Months Imprisonment [Doc. No. 22, filed June 11, 2014] is **GRANTED IN PART and DENIED IN PART**.

**ORDERED:** Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant, Esteban Romero-Hernandez, is hereby committed to the custody of the Bureau of Prisons to be **imprisoned** for a term of **14** months.

**ORDERED:** No term of supervised release is imposed.

**ORDERED:** Defendant advised that if he enters or remains in the United States illegally, possesses a firearm, or illegally possesses a controlled substance, he may be subject to further federal prosecution.

**ORDERED:** Defendant shall pay $100.00 to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED:** **No fine** is imposed because defendant has no ability to pay a fine.

**ORDERED:** Defendant advised of right to appeal. Any notice of appeal must be filed within 14 days after entry of judgment.  Court reminds the defendant of the terms of his plea agreement with the Government, with respect to appellate rights.

**ORDERED:** Defendant is REMANDED to the custody of the U.S. Marshal.

**Court in recess:     10:07 a.m.**
Hearing concluded.
Total time:    1:03